```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 23634
   KEVIN MARCEL ALLISON
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

           Debtor
   SSN XXX-XX-4667


--------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 12/17/2007 and was not confirmed.

    The case was dismissed without confirmation 02/25/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL T NOTICE ONLY    NOT FILED           .00          .00
SANTANDER CONSUMER USA   SECURED NOT I  26869.41            .00          .00
DEUTSCHE BANK NATIONAL   CURRENT MORTG       .00            .00          .00
DEUTSCHE BANK NATIONAL   SECURED NOT I  30288.64            .00          .00
TOYOTA MOTOR CREDIT      SECURED NOT I  21871.18            .00          .00
MERRICK BANK             SECURED NOT I  NOT FILED           .00          .00
GEMB EMPIRE              SECURED NOT I  NOT FILED           .00          .00
OCWEN FEDERAL BANK       CURRENT MORTG       .00            .00          .00
ASSOC COLLECTORS         SECURED NOT I  NOT FILED           .00          .00
OCWEN FEDERAL BANK       SECURED NOT I   3424.37            .00          .00
OCWEN FEDERAL BANK       CURRENT MORTG       .00            .00          .00
OCWEN FEDERAL BANK       SECURED NOT I  10070.87            .00          .00
MERRICK BANK             UNSECURED       4662.24            .00          .00
GE MONEY BANK            UNSECURED        107.21            .00          .00
WELLS FARGO BANK NA      UNSECURED      38373.77            .00          .00
PRO SE DEBTOR            DEBTOR ATTY         .00                         .00
TOM VAUGHN               TRUSTEE                                         .00
DEBTOR REFUND            REFUND                                          .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                            RECEIPTS         DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                         --------------    --------------
TOTALS                          .00                .00



              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 23634 KEVIN MARCEL ALLISON
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 05/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE